UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARREL C. OLDS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COYOTE RIDGE CORRECTION CENTER, et al., <br><br> Defendants. | NO.  CV-11-5096-JPH <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR PRELIMINARY INJUNCTION** |

Magistrate Judge Hutton filed a Report and Recommendation on July 7, 2011, recommending Mr. Olds' Motion for Preliminary Injunction, ECF No. 4, be denied.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  The Motion, **ECF No. 4**, is **DENIED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this ___21st___ day of July 2011.

                                      s/Edward F. Shea
                                      EDWARD F. SHEA
                            UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\prisoner11cv5096jph-7-21-adpR&Rdenymtn.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY MOTION -- 1