AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DARREL C. OLDS, JR.,

        Plaintiff,

        v.

COYOTE RIDGE CORRECTION CENTER, et al.,

        Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5096-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

July 25, 2011
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia